UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __3/7/06__

To: United States Court of Appeals     ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                      ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103        ( )JUDGE

From: U.S.D.C. - District of Alaska
     Clerk's Office
     222 W. 7th Ave., Rm 229
     Anchorage, AK  99513


DC No: __3:04-cv-00042-JWS__      Appeal No: __04-35844__

Short title: __OLSON v. GAMMON__

Composition of Record

Clerk's Files in __1__ volume    (XX) original   ( ) certified copy

    Bulky docs. ____ expando folder, docket # _____

Reporter's in ____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in ____ envelopes    ( ) under seal

         in ____ boxes       ( ) under seal

Other**: USDC court record consisting of 1 original volume** & certified copy of docket.
(please note any documents filed under seal)



Acknowledgement: _____     Date: _____
"record.app" [11/21/97]