UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



RECEIVED
JUL 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| DANA L. OLSON,<br><br>　　　　Plaintiff - Appellant,<br><br>　V.<br><br>SHIRLEY GAMMON; et al.,<br><br>　　　　Defendants - Appellees. | No. 04-35844<br>D.C. No. CV-04-00042-A-JWS<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 05/18/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 11 2006

by: _____
　　　Deputy Clerk