**FILED**

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 18 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
JUL 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| DANA L. OLSON,<br><br>     Plaintiff - Appellant,<br><br>   v.<br><br>SHIRLEY GAMMON; et al.,<br><br>     Defendants - Appellees. | No. 04-35844<br><br>D.C. No. CV-04-00042-A-JWS<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted May 15, 2006**

Before:   B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

Dana L. Olson appeals pro se from the district court's judgment dismissing pursuant to 28 U.S.C. § 1915(e)(2) her action alleging violations of her civil rights. We dismiss for lack of jurisdiction.

---

   *   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

   **  The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

The district court entered separate judgment dismissing Olson's action on July 12, 2004. The district court denied Olson's final post-judgment motion for reconsideration on July 23, 2004. Because Olson failed to file her notice of appeal until September 13, 2004, this court lacks jurisdiction over this appeal. *See* Fed. R. App. P. 4(a)(4)(A) (notice of appeal must be filed within 30 days of the entry of an order disposing of the last post-judgment tolling motion); *Malone v. Avenenti*, 850 F.2d 569, 572 (9th Cir. 1988) (noting that a timely-filed notice of appeal is both mandatory and jurisdictional).

**DISMISSED.**



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 11 2006

by:_____
Deputy Clerk