INTERNAL USE ONLY: Proceedings include all events.
04-35844 Olson v. Gammon, et al

```
DANA L. OLSON                        Dana L. Olson
     Plaintiff - Appellant           907-373-4612
                                     [LD NTC prs]
                                     HC-35
                                     Box 5438
                                     Wasilla, AK 99654

     v.

SHIRLEY GAMMON                       No appearance
     Defendant - Appellee            No appearance

CALVIN STEELE                        No appearance
     Defendant - Appellee            (See above)

BILL WOOD                            No appearance
     Defendant - Appellee            (See above)

NATIONAL RESOURCES                   No appearance
CONSERVATION SERVICE                 (See above)
     Defendant - Appellee

U.S. DEPARTMENT OF AGRICULTURE       No appearance
     Defendant - Appellee            (See above)

UNITED STATES OF AMERICA             No appearance
     Defendant - Appellee            (See above)
```

RECEIVED
JUL 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA